IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA BARROW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOUCHETTE REGIONAL<br>HOSPITAL, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-01168-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed jointly by the parties, dated May 24, 2022 (Doc. 39), Plaintiff's claims against Defendant, Touchette Regional Hospital, Inc., are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:** May 25, 2022.

　　　　　　　　　　　　　　　　　　　MONICA STUMP
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:  s/ *Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
　　　　　　　STEPHEN P. MCGLYNN
　　　　　　　U.S. District Judge